PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00428-JDP |
| Plaintiff, | ) STIPULATION AND [~~Proposed~~] |
| | ) ORDER TO CONTINUE BENCH TRIAL |
| v. | ) |
| | ) DATE:  July 14, 2022 |
| BILLY GARRETT, | ) TIME:  10:00 a.m. |
| | ) JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for an in-person bench trial on July 14, 2022 at 10:00 a.m. and the trial documents due by July 1, 2022.

///

///

///

///

2. By this stipulation, the parties now jointly move to continue the in-person bench trial to August 26, 2022 at 10:00 a.m. and trial documents due by August 12, 2022.

IT IS SO STIPULATED.

DATED: July 6, 2022            PHILLIP A. TALBERT
                               United States Attorney

                        By:    */s/ John Scanlon*
                               JOHN E. SCANLON
                               Special Assistant U.S. Attorney


                               */s/ Linda Allison*
                               LINDA ALLISON
                               Assistant Federal Defender
                               Counsel for Defendant
                               (*Approved via email on 07/06/2022*)


[~~PROPOSED~~] **FINDINGS AND ORDER**

IT IS SO ORDERED, that the in-person bench trial currently scheduled on July 14, 2022 at 10:00 a.m. is continued to August 26, 2022 at 10:00 a.m. and trial documents due by August 12, 2022.

FOUND AND ORDERED this 7th day of July 2022.

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE