UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-po-00428-JDP |
| ) | |
| Plaintiff, ) | [~~Proposed~~]ORDER TO DISMISS AND |
| ) | VACATE BENCH TRIAL |
| v. ) | |
| ) | |
| BILLY GARRETT, ) | DATE:  August 26, 2022 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | JUDGE: Honorable Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:21-po-00428-JDP is GRANTED.

It is further ordered that the bench trial scheduled on August 26, 2022 at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: August 22, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

ORDER TO DISMISS AND
VACATE BENCH TRIAL                                1                          U.S. v. BILLY GARRETT